UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN P. GREINER,

    Plaintiff,                                 Case No. 14-13979
                                              Hon. Matthew F. Leitman

v.

AFSCME LOCAL 893, et al.,

    Defendants.
_____/

## ORDER DISMISSING DEFENDANT AFSCME LOCAL 893

Pursuant to the Notice of Voluntary Dismissal by Plaintiff, this case is DISMISSED as a Defendant, AFSCME LOCAL 893 only.

**IT IS SO ORDERED.**

                                                  s/Matthew F. Leitman
                                                  MATTHEW F. LEITMAN
                                                  UNITED STATES DISTRICT JUDGE

Dated: March 19, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 19, 2015, by electronic means and/or ordinary mail.

                                                  s/Holly A. Monda
                                                  Case Manager
                                                  (313) 234-5113