UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN P. GREINER, JR.,

Plaintiff,

Case No. 14-cv-13979
Hon. Matthew F. Leitman

v.

CHARTER COUNTY OF MACOMB, MICHIGAN, *et al.*,

Defendants.
_______________________________________________________/

**ORDER GRANTING DEFENDANT'S MOTION TO COMPEL DEPOSITION OF PLAINTIFF (ECF #71)**

On March 1, 2016, Macomb County filed a Motion to Compel Plaintiff John Greiner's Deposition (the "Motion"). (ECF #71) The Court held a hearing on the Motion on March 14, 2016. For the reasons explained on the record, **IT IS HEREBY ORDERED THAT:**

1. Mr. Greiner's deposition shall occur on two separate days between April 6, 2016 and April 19, 2016. Mr. Greiner shall attend his deposition regardless of whether he has obtained counsel prior to the dates he is scheduled to be deposed.

2. The two separate days of Mr. Greiner's deposition shall each consist of no more than six hours of questioning. Defense counsel may question Mr. Greiner for a total of twelve hours.

3. The deposition shall be taken in the United States Courthouse in Detroit, Michigan, 231 W. Lafayette Blvd., Detroit, Michigan, 48226.

4. The parties shall contact the Court's Case Manager to schedule the two (2) days of deposition. The parties shall schedule Mr. Greiner's deposition to occur on dates when the Court is available in the event that the parties require the Court's assistance to resolve disputes that may arise.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: March 16, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 16, 2016, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113