UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN P. GREINER,

     Plaintiff,                            Case No. 14-cv-13979
                                               Hon. Matthew F. Leitman

v.

CHARTER COUNTY OF MACOMB,
MICHIGAN, a/k/a MACOMB COUNTY, et al.,

     Defendants.

_____/

### ORDER TO APPEAR FOR HEARING ON PLAINTIFF'S COUNSEL'S EMERGENCY MOTION FOR WITHDRAWAL OF ATTORNEY (ECF #91)

On February 3, 2017, counsel for Plaintiff John P. Greiner filed an Emergency Motion for Withdrawal of Counsel (ECF #91).

**IT IS HEREBY ORDERED** that counsel for the parties shall appear at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Courtroom 237, Detroit, Michigan, on **Wednesday, March 1, 2017 at 2:00 p.m.** for a hearing on plaintiff's counsel's motion.

**IT IS FURTHER ORDERED** that Lance Mason shall serve a copy of this Order on Plaintiff by regular mail (and e-mail, if available) and shall file proof of such service with the Court.

**IT IS FURTHER ORDERED that Plaintiff, John P. Greiner shall personally appear at the hearing on March 1, 2017 at 2:00 p.m.**

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  February 15, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 15, 2017, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113