UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN P. GREINER, JR.,

    Plaintiff,

v.

    Case No. 14-cv-13979
    Hon. Matthew F. Leitman

CHARTER COUNTY OF MACOMB,
MICHIGAN, *et al.*,

    Defendants.

_____/

## ORDER GRANTING MOTION TO WITHDRAW AND ADDRESSING PLAINTIFF'S REQUESTS FOR RELIEF

On February 3, 2017, Lance W. Mason ("Mr. Mason"), attorney for Plaintiff John P. Greiner, Jr. ("Mr. Greiner"), filed an Emergency Motion for Withdrawal of Attorney (the "Motion to Withdraw"). (*See* ECF #91.) For the reasons stated on the record on March 1, 2017, the Motion to Withdraw is **GRANTED**, and Mr. Mason's appearance as counsel in this action is **TERMINATED**. Mr. Mason shall meet Mr. Greiner at 7:00 p.m. on March 6, 2017, at the front entrance of the Mt. Clemens Public Library for the purpose of delivering to Mr. Greiner the files that Mr. Mason maintained in connection with this civil action.

On February 27, 2017, Mr. Greiner, on his own behalf, filed a "Motion for Relief and Response to Defendants Responses to Mr. Mason's Motion to Withdraw" ("Mr. Greiner's Motion"). (*See* ECF #98.) The Court considered Mr.

1

Greiner's requests for relief on the record on March 1, 2017. For the reasons explained on the record, all of the requests for relief listed in Mr. Greiner's Motion are **DENIED**, except that Mr. Greiner may file responses of not more than 35 pages to each of the pending Motions for Summary Judgment (ECF ## 89, 90.) As the Court advised Mr. Greiner on the record, his responses must adhere to this Court's Local Rules, including Local Rule 5.1 and Local Rule 7.1.

Mr. Greiner's responses to the summary judgment motions are due on April 3, 2017. Defendants may reply in support of their motion by April 17, 2017.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: March 2, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 2, 2017, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113