UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN. P. GREINER,

    Plaintiff,

Case No. 14-cv-13979
Hon. Matthew F. Leitman

v.

CHARTER COUNTY OF
MACOMB, MICHIGAN, a/k/a
MACOMB COUNTY, et al.,

    Defendants.
_____

## ORDER GRANTING MOTIONS FOR EXTENSION OF TIME (ECF ##100 & 101)

The Defendants in this action have filed motions for summary judgment. (ECF ##89 & 90.) Plaintiff has requested an extension of time to file Answers to the motions. The request is **GRANTED**. Plaintiff may file his Answers to the motions by not later than **4:30 p.m. on Friday, April 14, 2017**. Defendants may file their reply briefs by not later than 4:30 p.m. on Friday, May 5, 2017. Plaintiff is reminded that he must serve on defense counsel all documents that he files in opposition to the motions and that he must file proof of service reflecting such service. **This is the final extension of time for Plaintiff to respond to the motions. No filing by Plaintiff in response to the motions will be accepted after 4:30 p.m. on Friday April 14, 2017.** This extension, combined with the length of time the

1

Court previously gave Plaintiff to respond to the motions, has resulted in Plaintiff having far more time to respond than normally allowed under the Court's Local Rules.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: April 10, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 10, 2017, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113