UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN GREINER,

    Plaintiff,

v.

Case No. 14-cv-13979
Hon. Matthew F. Leitman

CHARTER COUNTY OF
MACOMB, MICHIGAN, a/k/a
MACOMB COUNTY, et al.,

    Defendants.
_____/

# ORDER DENYING PLAINTIFF'S MOTIONS FOR RECONSIDERATION (ECF ## 125, 126)

On September 11, 2017, this Court entered an Opinion and Order (ECF #117) in which it granted summary judgment in favor of Defendant Michigan Council 25 American Federation of State, County, and Municipal Employees, AFL-CIO and granted summary judgment in part to Defendant Charter County of Macomb. On September 25, 2017, the Court denied four motions for reconsideration filed by Plaintiff (ECF #124).

Plaintiff has now filed two additional motions for reconsideration (ECF ## 125, 126).

**IT IS HEREBY ORDERED** that the motions for reconsideration (ECF ## 125, 126) are **DENIED** because Plaintiff has failed to demonstrate a palpable defect by which the Court and the parties have been misled and/or that correcting any such defect, if one existed, would result in a different disposition of the summary judgment motions. *See* Local Rule 7.1(h).

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 18, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 18, 2017, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764