UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN GREINER,

    Plaintiff,

v.

CHARTER COUNTY OF
MACOMB, MICHIGAN, a/k/a
MACOMB COUNTY, et al.,

    Defendants.

Case No. 14-cv-13979
Hon. Matthew F. Leitman

_____/

# ORDER DENYING PLAINTIFF'S THIRD SET OF MOTIONS FOR RECONSIDERATION (ECF ## 128, 129) AND PROHIBITING PLAINTIFF FROM FILING ADDITIONAL MOTIONS FOR RECONSIDERATION

On September 11, 2017, this Court entered an Opinion and Order in which it granted summary judgment in favor of Defendant Michigan Council 25 American Federation of State, County, and Municipal Employees, AFL-CIO and granted summary judgment in part to Defendant Charter County of Macomb. (*See* ECF #117, the "Opinion and Order.") Plaintiff thereafter filed four motions for reconsideration of the Opinion and Order. (*See* ECF ## 118, 119, 121, 122). On October 6, 2017, the Court denied those four motions for reconsideration. (*See* ECF #124.)

Plaintiff subsequently filed two additional motions for reconsideration of the Opinion and Order. (*See* ECF ## 125, 126). The Court denied those motions on October 18, 2017. (*See* ECF #127.)

1

On October 20, 2017, Plaintiff filed two more motions for reconsideration of the Opinion and Order. (*See* ECF ## 128, 129).

**IT IS HEREBY ORDERED** that Plaintiff's most recent motions for reconsideration (ECF ## 128, 129) are **DENIED** because Plaintiff has failed to demonstrate a palpable defect by which the Court and the parties have been misled and/or that correcting any such defect, if one existed, would result in a different disposition of the summary judgment motions. *See* Local Rule 7.1(h).

**IT IS FURTHER ORDERED** that Plaintiff is **PROHIBITED** from filing any additional motions for reconsideration of the Opinion and Order. While the Court appreciates that Plaintiff strongly disagrees with its ruling and respects his right to do so, the Court has considered Plaintiff's many arguments in support of reconsideration – in the eight motions for reconsideration that Plaintiff has filed – and the Court concludes that there is no basis for the filing of any additional motions for reconsideration.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 25, 2017

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 25, 2017, by electronic means and/or ordinary mail.

                                              s/Holly A. Monda
                                              Case Manager
                                              (810) 341-9764