UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN GREINER,

    Plaintiff,

Case No. 14-cv-13979
Hon. Matthew F. Leitman

v.

CHARTER COUNTY OF
MACOMB, MICHIGAN, a/k/a
MACOMB COUNTY, et al.,

    Defendants.

_____/

## ORDER DENYING MOTION TO EXPAND RECORD (ECF #149)

This Court previously entered summary judgment in favor of Defendants and against Plaintiff. Plaintiff has appealed to the United States Court of Appeals for the Sixth Circuit, and that appeal is now pending in the appellate court. Plaintiff has now moved to expand the record to include a transcript of certain state administrative proceedings. The motion is DENIED. Plaintiff cites no authority in support of the request to supplement the record and offers no reasoned argument in support of the request. He simply says that the Court should add the transcript to the record. At this time, the Court is not persuaded that the record should be expanded in the manner requested by Plaintiff. If Plaintiff re-files the request to supplement and

properly supports the request with legal authority and reasoned argument as to why the Court should permit supplementation, the Court will re-visit the issue.

**IT IS SO ORDERED.**

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated: February 26, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 26, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda  
Case Manager  
(810) 341-9764