UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN P. GREINER, JR.,

    Plaintiff,

v.

CHARTER COUNTY OF
MACOMB, MICHIGAN aka
MACOMB COUNTY, et al.,

    Defendants.

Case No. 14-cv-13979
Hon. Matthew F. Leitman

_____/

## ORDER DISMISSING PLAINTIFF'S MOTION FOR RECONSIDERATION (ECF # 158)

Pursuant to the Order entered by the United States Court of Appeals for the Sixth Circuit on February 22, 2019, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Reconsideration (ECF #158) is **DISMISSED FOR LACK OF JURISDICTION.**

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: March 4, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 4, 2019, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764